UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JEANNIE MAE BARDEN, MONTRINA )
BONEY, JANICE CHASTEN, BETTY )
FRAZELLE, THELMA GLASPER, )
CHRISTINE HIGHSMITH, AFLREDA )
GLASPER HUMPHREY, GREGORY )
MCCOY, JR., BEVERLY TOMEKIA )        **JUDGMENT IN A CIVIL CASE**
JONES, ADRENA MCCULLEN, NANCY )      **CASE NO. 7:20-CV-85-D**
NEWTON, LOUISE JONES PEARSALL, )
LEONARD PEARSALL, NORWOOD )
EARL PEARSALL, HERNDON )
WILLIAMS, MARGARET WILLIAMS, )
MAVIS WOMBLE, and  WILLIAM )
PEARSALL, )
                                 )
                   Plaintiffs, )
                                 )
v.                               )
                                 )
                                 )
MURPHY-BROWN HOLDINGS, LLC )
and SMITHFIELD FOODS INC., )
                                 )
                   Defendants. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered on
March 15, 2021, the court GRANTED IN PART and DENIED IN PART the defendant's
motion to dismiss [D.E. 28] DISMISSING WITH PREJUDICE plaintiff's claims for civil
conspiracy and unjust enrichment, and DENIED defendant's motion to strike [D.E. 30].

**IT IS FURTHER ORDERED, AND DECREED** that pursuant to the order entered on
November 29, 2022, the court GRANTED defendants' motions for sanction of dismissal
[D.E. 76, 77]  DISMISSING WITH PREJUDICE the claims of plaintiff Annette Pearsall and
plaintiff Kathy Pearsall.

**IT IS FURTHER ORDERED, AND DECREED** that pursuant to the order entered August 16, 2023, the court GRANTED defendants' motion for summary judgment [D.E. 83]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on August 16, 2023, and Copies To:**

| | |
|---|---|
| Richard S. Harrison | (via CM/ECF electronic notification) |
| Inez de Ondarza Simmons | (via CM/ECF electronic notification) |
| Adam William Krause | (via CM/ECF electronic notification) |
| Donna M. Melby | (via CM/ECF electronic notification) |
| Eric D. Stolze | (via CM/ECF electronic notification) |
| Robert E. Harrington | (via CM/ECF electronic notification) |
| Stephen D. Feldman | (via CM/ECF electronic notification) |
| William K. Whitner | (via CM/ECF electronic notification) |

DATE: August 16, 2023                    PETER A. MOORE, JR., CLERK


(By)   /s/ Stephanie Mann

Deputy Clerk